# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CRISTOL, A. J. | 2. Court or Organization<br><br>US BANKRUPTCY SOUTHERN FLORIDA | 3. Date of Report<br><br>08/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE EMERITUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

C. CLYDE ATKINS COURTHOUSE
301 NORTH MIAMI AVENUE
CHAMBERS 717
MIAMI, FLORIDA 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee of the Board | American Red Cross, Greater Miami & Keys Chapter |
| 2. | Judicial Director | University of Miami School of Law Alumni Association |
| 3. | Trustee | Trust #2 |
| 4. | Trustee | Trust #3 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/06/14 - 02/08/14 | San Juan, Puerto Rico | Educational seminar or program | Air, Hotel, meals |
| 2. | National Conference of Bankruptcy Judges | 10/07/14 - 10/11/14 | Chicago, IL | Educational seminar or program | Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric | D | Dividend | M | T | | | | | |
| 2. Hospitality Properties | A | Dividend | K | T | | | | | |
| 3. Municipal Mortgage (Y) | | | | | | | | | |
| 4. Blackrock | B | Dividend | J | T | | | | | |
| 5. Miami-Dade Aviation | B | Interest | K | T | | | | | |
| 6. Cohen & Steers | C | Dividend | K | T | | | | | |
| 7. Elbit | A | Dividend | J | T | Sold (part) | 01/06/14 | J | A | |
| 8. AT&T | C | Dividend | L | T | | | | | |
| 9. BP PLC SPONS ADR | A | Dividend | | | Sold (part) | 03/27/14 | J | A | |
| 10. | | | | | Sold (part) | 07/11/14 | J | A | |
| 11. | | | | | Sold | 07/30/14 | J | A | |
| 12. Nuveen Real Estate Fund Com | A | Dividend | J | T | | | | | |
| 13. Plains All American Pipeline Com | B | Distribution | L | T | | | | | |
| 14. CVS Caremark | A | Dividend | K | T | | | | | |
| 15. Mondelez Inc | A | Dividend | K | T | | | | | |
| 16. Starbucks | A | Dividend | K | T | Buy (add'l) | 01/28/14 | J | | |
| 17. Miller Convertible Fund | B | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Best Buy Co | A | Interest | | | Sold | 02/12/14 | K | B | |
| 19. Connecticut ST SER | B | Interest | | | Sold | 06/15/14 | K | A | |
| 20. District Columbia Ambac | B | Interest | K | T | | | | | |
| 21. Hillsborough County FL | B | Int./Div. | K | T | | | | | |
| 22. Arizona St Transn Brd | B | Interest | K | T | | | | | |
| 23. Lord Abbett Floating Rate | B | Dividend | | | Sold | 10/10/14 | J | A | |
| 24. RS Floating Rate Fund | B | Dividend | L | T | Sold (part) | 10/10/14 | J | A | |
| 25. Apple Inc | A | Dividend | L | T | | | | | |
| 26. Amgen Inc | A | Dividend | K | T | | | | | |
| 27. Celgene Corp | | None | K | T | Buy (add'l) | 01/30/14 | J | | |
| 28. Comcast Corp NEw Special CL A | A | Dividend | J | T | | | | | |
| 29. Forest Laboratories | | None | | | Sold (part) | 03/24/14 | J | C | |
| 30. | | | | | Sold | 07/01/14 | J | D | |
| 31. Medivation Inc. | | None | | | Sold | 03/24/14 | J | A | |
| 32. Mednax Inc | | None | J | T | | | | | |
| 33. National Grid PLC New | A | Dividend | | | Sold | 09/26/14 | J | B | |
| 34. Novo Nordisk ADR Denmark | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tata Motors LTD | A | Dividend | K | T | Buy (add'l) | 01/24/14 | J | | |
| 36. Vantiv Inc CL A | | None | | | Buy (add'l) | 01/27/14 | J | | |
| 37. | | | | | Sold | 10/31/14 | J | B | |
| 38. Grandeur Peak Int'l Oppertunities | B | Distribution | K | T | | | | | |
| 39. Access Midstream Partners LP | A | Distribution | J | T | | | | | |
| 40. Genesis Energy LP | A | Distribution | K | T | Buy (add'l) | 10/15/14 | J | | |
| 41. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 42. Kinder Morgan LP | B | Distribution | | | Sold | 11/28/14 | K | C | |
| 43. St Johns Cnty FL | B | Interest | K | T | | | | | |
| 44. Angel Oak Multi Strategy | B | Dividend | K | T | Buy (add'l) | 06/11/14 | K | | |
| 45. Lauder Estee Cos CL A | A | Dividend | | | Sold | 10/30/14 | J | B | |
| 46. UBS AG Trigger | | None | L | T | | | | | |
| 47. Actavis PLC | | None | K | T | Buy | 01/09/14 | K | | |
| 48. | | | | | Sold (part) | 07/01/14 | J | A | |
| 49. Air Lease | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 50. CBS Corp New CL B | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 51. Constallation Brands Inc CL A | | None | J | T | Buy | 10/02/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Envision Healthcare Hldgs Inc | | None | J | T | Buy | 07/31/14 | J | | |
| 53. Gilead Sciences Inc | | None | J | T | Buy | 03/07/14 | J | | |
| 54. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 55. Google Inc CL A | | None | J | T | Buy | 03/27/14 | J | | |
| 56. Google Inc CL C | | None | J | T | Buy | 03/27/14 | J | | |
| 57. Kinder Morgan Inc. | | None | K | T | Buy | 11/28/14 | K | | |
| 58. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 59. | | | | | Sold (part) | 12/02/14 | J | A | |
| 60. Mobileye N.V. Amstelveen Eur | | None | J | T | Buy | 11/13/14 | J | | |
| 61. Royal Bank of Canada | | None | L | T | Buy | 01/28/14 | L | | |
| 62. Grandeur Peak Global | B | Dividend | K | T | Buy | 03/05/14 | K | | |
| 63. 13D Actavist Fund Class | A | Dividend | J | T | Buy | 10/01/14 | J | | |
| 64. Marlin Midstream Partners Com | A | Distribution | J | T | Buy | 06/11/14 | J | | |
| 65. Spectra Energy Partners LP | A | Distribution | J | T | Buy | 09/15/14 | J | | |
| 66. Sunoco Logistics Partners | A | Distribution | K | T | Buy | 09/22/14 | J | | |
| 67. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 68. Western Gas Partners LP | A | Distribution | K | T | Buy | 10/09/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 70. Florida ST BRD ED PUB ED | B | Interest | K | T | Buy | 01/03/14 | K | | |
| 71. Goldman Sachs Strategic | A | Dividend | K | T | Buy | 05/28/14 | K | | |
| 72. Legg MAson BW | A | Dividend | K | T | Buy | 10/14/14 | K | | |
| 73. Mainstay Unconstrained bond fund | A | Dividend | K | T | Buy | 05/05/14 | K | | |
| 74. Avenue Credit Strategies Fund | A | Dividend | | | Buy | 06/02/14 | J | | |
| 75. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 76. | | | | | Sold | 12/10/14 | K | A | |
| 77. Tableu Software Inc CL A | | None | | | Buy | 03/24/14 | J | | |
| 78. | | | | | Sold | 05/07/14 | J | A | |
| 79. Mohawk Industries | | None | | | Buy | 01/24/14 | J | | |
| 80. | | | | | Sold | 08/01/14 | J | A | |
| 81. Mastec Inc | | None | | | Buy | 05/05/14 | J | | |
| 82. | | | | | Sold | 09/15/14 | J | A | |
| 83. Trinity Industries Inc | A | Dividend | | | Buy | 07/31/14 | J | | |
| 84. | | | | | Sold | 10/15/14 | J | A | |
| 85. MMA Cap Mgmt LLC Com | | None | | | Buy | 09/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/10/14 | J | A | |
| 87. Royal Bank of Canada Trigger | | None | K | T | Buy | 02/26/14 | K | | |
| 88. | | | K | T | Buy (add'l) | 08/26/14 | K | | |
| 89. Deutsche Bank AG Trigger | | None | K | T | Buy | 05/27/14 | K | | |
| 90. Goldman Sachs Group Trigger | | None | K | T | Buy | 10/28/14 | K | | |
| 91. Citigroup Inc Trigger | | None | K | T | Buy | 12/26/14 | K | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. Trust # 2 | F | Int./Div. | P1 | T | | | | | |
| 97. FL ST BD | | | | | | | | | |
| 98. Wal Mart | | | | | | | | | |
| 99. Johnson&Johnson | | | | | Buy (add'l) | 01/24/14 | J | | |
| 100. Dade County S/O v | | | | | | | | | |
| 101. Ebay | | | | | Sold (part) | 04/08/14 | K | D | |
| 102. | | | | | Sold (part) | 06/10/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/01/14 | J | C | |
| 104. | | | | | Sold (part) | 10/15/14 | J | C | |
| 105. ▪ Automatic Data | | | | | | | | | |
| 106. ▪ Procter&Gamble | | | | | | | | | |
| 107. ▪ Hospitality Properties | | | | | | | | | |
| 108. ▪ Smucker | | | | | Sold (part) | 02/14/14 | J | A | |
| 109. | | | | | Sold | 02/14/14 | J | A | |
| 110. ▪ General Electric | | | | | Sold (part) | 01/06/14 | K | A | |
| 111. ▪ Home Depot | | | | | | | | | |
| 112. ▪ Macquarie | | | | | | | | | |
| 113. ▪ Heico | | | | | | | | | |
| 114. ▪ Teekay Offshore Fund | | | | | | | | | |
| 115. ▪ AT&T (X) | | | | | | | | | |
| 116. ▪ Opko Health | | | | | Buy (add'l) | 01/06/14 | J | | |
| 117. ▪ Lazard Global | | | | | Sold (part) | 12/12/14 | J | A | |
| 118. | | | | | Sold (part) | 12/12/14 | J | A | |
| 119. | | | | | Sold | 12/12/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Cohen&Steers | | | | | | | | | |
| 121. Akamai Technologies | | | | | | | | | |
| 122. GE (X) | | | | | | | | | |
| 123. JEA Bulk Electricity | | | | | Sold | 04/07/14 | J | A | |
| 124. Palm Beach Waste | | | | | | | | | |
| 125. Miami-Dade Aviation | | | | | | | | | |
| 126. New York Development | | | | | | | | | |
| 127. South Indian River SER 2006 | | | | | | | | | |
| 128. Leesburg Florida Hospital | | | | | Sold | 12/05/14 | M | A | |
| 129. FL State Mid Bay Bridge | | | | | | | | | |
| 130. Lee Mem Hlth | | | | | | | | | |
| 131. Univ Cnt Fla | | | | | | | | | |
| 132. South Indian Riv Wtr ( X ) | | | | | Sold | 11/21/14 | L | B | |
| 133. Google | | | | | | | | | |
| 134. Lake Cnty FL Sch Brd CTF Partn | | | | | | | | | |
| 135. Northern IL Mun Pwr Agy Pwr Pr | | | | | Sold | 11/20/14 | L | D | |
| 136. Port St. Lucie Fl Research Faci | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Univeristy Medicine & Dentisty | | | | | Sold (part) | 01/08/14 | J | A | |
| 138. | | | | | Redeemed | 06/16/14 | K | B | |
| 139. Donald. F. Rubin, INC. | | | | | | | | | |
| 140. Michael Kors Hldgs LTD | | | | | Sold (part) | 05/30/14 | J | D | |
| 141. Allergan INC | | | | | | | | | |
| 142. Check Point Software Tech LTD ILS | | | | | Sold (part) | 10/30/14 | J | B | |
| 143. Best Buy Co Inc | | | | | Sold | 02/12/14 | K | B | |
| 144. American Tower Corp | | | | | | | | | |
| 145. Canadian Riv Mun | | | | | | | | | |
| 146. El Paso Pipiline Partners | | | | | Sold | 03/07/14 | K | A | |
| 147. EUnits 2 Yr US Mkt Trust | | | | | Sold | 05/22/14 | L | E | |
| 148. Florida St Dept Transn | | | | | Sold | 07/01/14 | K | B | |
| 149. Frisco TX Natio | | Interest | | | Sold | 09/16/14 | K | A | |
| 150. Georgia Hsg & Fin Auth | | | | | | | | | |
| 151. Kentucky HSG Corp | | | | | Sold | 07/03/14 | K | A | |
| 152. Kinder Morgan Energy Partners | | | | | Buy (add'l) | 06/02/14 | J | | |
| 153. | | | | | Sold (part) | 11/28/14 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/28/14 | K | D | |
| 155. | | | | | Sold | 12/02/14 | J | A | |
| 156.  Lord Abbet Floating | | | | | | | | | |
| 157.  McDonalds Corp | | | | | | | | | |
| 158.  Mednax Inc | | | | | | | | | |
| 159.  Microsoft Corp | | | | | | | | | |
| 160.  Miller Convertible Fund Class A | | | | | | | | | |
| 161.  Neveda ST Fgic | | | | | | | | | |
| 162.  Nike Inc CL | | | | | | | | | |
| 163.  Qualcomm Inc | | | | | Sold (part) | 11/06/14 | J | A | |
| 164.  RS Floating Rate Fund Class A | | | | | | | | | |
| 165.  Thermo Fisher Scientific Inc | | | | | | | | | |
| 166.  Union Pacific Corp | | | | | | | | | |
| 167.  Wynn Resorts | | | | | Sold (part) | 12/01/14 | J | D | |
| 168.  TJX Cos Inc New | | | | | | | | | |
| 169.  Panera Bread Comp CL A | | | | | Sold (part) | 10/30/14 | J | A | |
| 170.  AT&T Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SPDR Gold Trust | | | | | Sold (part) | 01/14/14 | J | A | |
| 172. | | | | | Sold (part) | 02/14/14 | J | A | |
| 173. | | | | | Sold (part) | 03/14/14 | J | A | |
| 174. | | | | | Sold (part) | 04/14/14 | J | A | |
| 175. | | | | | Sold (part) | 05/14/14 | J | A | |
| 176. | | | | | Sold (part) | 06/14/14 | J | A | |
| 177. | | | | | Sold (part) | 07/14/14 | J | A | |
| 178. | | | | | Sold (part) | 08/14/14 | J | A | |
| 179. | | | | | Sold (part) | 09/14/14 | J | A | |
| 180. | | | | | Sold (part) | 10/14/14 | J | A | |
| 181. | | | | | Sold (part) | 11/14/14 | J | A | |
| 182. | | | | | Sold (part) | 12/14/14 | J | A | |
| 183. Angel Oak Multi Strategy | | | | | Buy (add'l) | 10/13/14 | K | | |
| 184. | | | | | Buy (add'l) | 11/19/14 | K | | |
| 185. | | | | | Buy (add'l) | 12/03/14 | K | | |
| 186. Pepsico Inc | | | | | | | | | |
| 187. Yahoo Inc | | | | | Sold (part) | 01/06/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ▪ Hercules Technology Growth | | | | | | | | | |
| 189. ▪ Lord Abbett Floating Rate Fund A | | | | | | | | | |
| 190. ▪ RS Floating Rate Fund A | | | | | | | | | |
| 191. ▪ UBS AG Trigger PS SX5E | | | | | Sold | 08/04/14 | L | D | |
| 192. - Village Cmnty Dev No 6 Ser 2013 | | | | | | | | | |
| 193. - Lauderhill FL Cap IMPT REV SER 2013 | | | | | Sold | 11/20/14 | K | C | |
| 194. - Chicago IL BRD ED, GO SER 2012A | | | | | Sold (part) | 11/25/14 | K | D | |
| 195. - Metropolitan Pier & Exposition Auth IL SER 2012B | | | | | Sold | 11/21/14 | K | C | |
| 196. - Amer Express | | | | | Buy (add'l) | 02/03/14 | J | | |
| 197. - Ares Capital Corp | | | | | Buy (add'l) | 01/06/14 | J | | |
| 198. - Cummins Inc | | | | | | | | | |
| 199. - Enbridge Energy Partners LP | | | | | | | | | |
| 200. - Energy Transfer Partners LP | | | | | | | | | |
| 201. - Genesis Energy LP Unit LTD | | | | | Buy (add'l) | 03/25/14 | J | | |
| 202. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 203. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 204. - Targa Resources Parnerts LP | | | | | Sold | 12/12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - HSBC USA Inc | | | | | | | | | |
| 206. - Citigroup Funding Inc | | | | | | | | | |
| 207. - Citigroup Inc | | | | | | | | | |
| 208. - Dade CNTY FL Spl Ser 1996 B | | | | | | | | | |
| 209. - Chicago IL O'Hare Int'l Airport | | | | | | | | | |
| 210. - Florida St Governmental Util Ser 2003 | | | | | | | | | |
| 211. - Halifax Hosp Med Ctr FL Ser 2006A | | | | | | | | | |
| 212. - Hernando Cnty FL Sch BD Ser 2006 | | | | | | | | | |
| 213. -Allianz High High Yield Bond Class P | | | | | Buy | 12/30/14 | K | | |
| 214. -Avenue Credit Strategies Fund | | | | | Buy | 03/05/14 | J | | |
| 215. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 216. | | | | | Sold | 12/12/14 | K | C | |
| 217. -American Airls Group | | | | | Buy | 09/15/14 | J | | |
| 218. -Blackstone Group LP | | | | | Buy | 10/01/14 | J | | |
| 219. -Costco Wholesale | | | | | Buy | 06/05/14 | J | | |
| 220. -Denver Co City & CNty | | | | | Buy | 12/15/14 | M | | |
| 221. -Ecolab Inc (X) | | | | | Buy | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Energy Transger Partners | | | | | Buy | 08/01/14 | J | | |
| 223. -Exterran Partners LP | | | | | Buy | 03/10/14 | J | | |
| 224. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 225. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 226. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 227. | | | | | Sold | 12/12/14 | K | A | |
| 228. -Goldman Sachs Strategic Inc | | | | | Buy | 05/28/14 | K | | |
| 229. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 230. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 231. -Legg Mason BW ALternative | | | | | Buy | 09/15/14 | K | | |
| 232. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 233. | | | | | Buy (add'l) | 12/17/14 | K | | |
| 234. -Mainstay Unconstraint Bond | | | | | Buy | 04/08/14 | K | | |
| 235. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 236. | | | | | Sold | 11/21/14 | K | A | |
| 237. -New York NY Fiscal | | | | | Buy | 11/21/14 | M | | |
| 238. -Ralph Lauren Corp | | | | | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Targa Rresources Partners | | | | | Buy | 07/15/14 | J | | |
| 240.  -Whole Foods Market Inc | | | | | Buy | 06/09/14 | J | | |
| 241.  -Wisconsin St Clean Wtr | | | | | Buy | 07/08/14 | L | | |
| 242.  -CDK Global | | | | | Buy | 01/01/14 | J | | |
| 243. | | | | | Sold | 10/30/14 | J | B | |
| 244.  -JP Morgan Chase & Co Trigger | | | | | Buy | 06/26/14 | J | | |
| 245.  -Credit Suisse AG Trigger | | | | | Buy | 06/25/14 | K | | |
| 246.  -Royal Bank of Canada Trigger | | | | | Buy | 06/25/14 | J | | |
| 247.  -JEA FL ST Johns Riv PWR PK SYS | | | | | Buy | 07/11/14 | K | | |
| 248. | | | | | Sold | 11/20/14 | K | A | |
| 249.  Trust # 3 | G | Int./Div. | P1 | T | | | | | |
| 250.  ▊ Alcoa | | | | | Sold | 11/18/14 | J | A | |
| 251.  ▊ Helios | | | | | | | | | |
| 252 ▊ Six Flags 8.875 | | | | | | | | | |
| 253.  ▊ General Motors | | | | | Sold (part) | 06/19/14 | J | A | |
| 254. | | | | | Sold (part) | 06/19/14 | J | A | |
| 255. | | | | | Sold (part) | 06/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 06/19/14 | J | A | |
| 257. | | | | | Sold (part) | 06/19/14 | J | A | |
| 258. | | | | | Sold (part) | 06/19/14 | J | A | |
| 259. | | | | | Sold (part) | 06/19/14 | J | A | |
| 260. | | | | | Sold (part) | 06/19/14 | J | A | |
| 261. | | | | | Sold (part) | 06/19/14 | J | A | |
| 262. | | | | | Sold (part) | 06/19/14 | J | A | |
| 263. | | | | | Sold (part) | 06/19/14 | J | A | |
| 264. | | | | | Sold (part) | 06/19/14 | J | A | |
| 265. | | | | | Sold | 06/19/14 | J | A | |
| 266. General Motors Company Warrant 072016 | | | | | Sold (part) | 11/13/14 | J | A | |
| 267. Chicos | | | | | Sold | 11/18/14 | J | A | |
| 268. General Motors Company Warrant 072019 | | | | | Sold (part) | 11/13/14 | J | A | |
| 269. General Motors Company(GM) | | | | | Buy (add'l) | 04/23/14 | J | | |
| 270. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 271. | | | | | Sold (part) | 06/19/14 | M | D | |
| 272. | | | | | Sold (part) | 06/19/14 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/13/14 | J | A | |
| 274. | | | | | Sold (part) | 11/18/14 | J | A | |
| 275. | | | | | Sold (part) | 11/18/14 | J | A | |
| 276. | | | | | Sold (part) | 11/18/14 | J | A | |
| 277. | | | | | Sold (part) | 11/18/14 | J | A | |
| 278. Ford Motor | | | | | | | | | |
| 279. Occidental Pete Corporation | | | | | | | | | |
| 280. Six Flags 9.625 | | | | | | | | | |
| 281. US Concrete Inc. B | | | | | | | | | |
| 282. US Concrete Inc. A | | | | | | | | | |
| 283. Ford MTR Company Del COM PAR | | | | | Buy (add'l) | 02/28/14 | J | | |
| 284. | | | | | Sold (part) | 06/06/14 | M | D | |
| 285. | | | | | Sold (part) | 06/16/14 | L | A | |
| 286. | | | | | Sold (part) | 08/11/14 | L | A | |
| 287. | | | | | Sold | 08/21/14 | L | A | |
| 288. Freeport-Mcmoran Copper & Gold | | | | | Buy (add'l) | 01/15/14 | J | | |
| 289. | | | | | Buy (add'l) | 06/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 07/07/14 | M | E | |
| 291. | | | | | Sold (part) | 07/07/14 | M | D | |
| 292. | | | | | Sold | 07/07/14 | L | D | |
| 293. ▮ Whiting USA TR II | | | | | Sold | 04/03/14 | M | A | |
| 294. ▮ Caterpillar Incorporated | | | | | Sold | 01/03/14 | N | E | |
| 295. ▮ Occidental Pete Corporation | | | | | Buy (add'l) | 04/16/14 | J | | |
| 296. | | | | | Sold (part) | 03/07/14 | M | D | |
| 297. | | | | | Sold | 05/28/14 | M | C | |
| 298. - Breitburn Energy Partners LP | | | | | Sold | 01/31/14 | L | B | |
| 299. - Seadrill Limited SHS | | | | | Buy (add'l) | 01/14/14 | J | | |
| 300. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 301. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 302. | | | | | Sold (part) | 04/29/14 | M | D | |
| 303. | | | | | Sold (part) | 05/29/14 | M | D | |
| 304. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 305. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 306. | | | | | Buy (add'l) | 09/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 11/26/14 | M | A | |
| 308.  - Procter & Gamble Company | | | | | Buy (add'l) | 01/10/14 | J | | |
| 309. | | | | | Sold (part) | 09/08/14 | N | D | |
| 310. | | | | | Sold (part) | 09/10/14 | N | C | |
| 311. | | | | | Sold | 09/10/14 | L | A | |
| 312.  - Verizon Communications Incorporated | | | | | Sold (part) | 04/15/14 | L | A | |
| 313. | | | | | Sold (part) | 04/29/14 | L | A | |
| 314. | | | | | Sold (part) | 05/27/14 | M | A | |
| 315. | | | | | Sold | 06/13/14 | M | A | |
| 316.  - American Homes 4 Rent Class A | | | | | Sold | 03/13/14 | L | C | |
| 317.  - Capital Product Partners LP | | | | | Sold (part) | 01/09/14 | L | D | |
| 318. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 319. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 320.  - Transocean Limited REG SHS | | | | | Buy (add'l) | 06/23/14 | J | | |
| 321. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 322. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 323. | | | | | Sold (part) | 10/13/14 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 11/18/14 | M | A | |
| 325. | | | | | Sold (part) | 11/18/14 | L | A | |
| 326. | | | | | Sold (part) | 11/18/14 | K | A | |
| 327. -Crestwood Midstream Partners LP | | | | | Sold (part) | 08/14/14 | L | A | |
| 328. | | | | | Sold | 08/14/14 | L | A | |
| 329. - Merck & Company Incorporated New | | | | | Buy (add'l) | 04/16/14 | J | | |
| 330. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 331. | | | | | Sold (part) | 01/24/14 | M | D | |
| 332. | | | | | Sold (part) | 01/24/14 | M | E | |
| 333. | | | | | Sold (part) | 06/11/14 | M | D | |
| 334. | | | | | Sold | 06/11/14 | M | D | |
| 335. - McDonalds Corporation | | | | | Sold (part) | 04/29/14 | M | D | |
| 336. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 337. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 338. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 339. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 340. | | | | | Buy (add'l) | 07/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 342. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 343. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 344. | | | | | Sold (part) | 09/18/14 | L | A | |
| 345. | | | | | Sold (part) | 09/19/14 | L | A | |
| 346. | | | | | Sold (part) | 09/30/14 | L | A | |
| 347. | | | | | Sold (part) | 10/08/14 | L | A | |
| 348. | | | | | Sold (part) | 10/09/14 | L | A | |
| 349. | | | | | Sold (part) | 10/09/14 | L | A | |
| 350. | | | | | Sold (part) | 10/13/14 | L | A | |
| 351. | | | | | Sold (part) | 10/13/14 | M | A | |
| 352. | | | | | Sold | 10/13/14 | L | A | |
| 353. - Cisco Systems Incorporated | | | | | Sold | 02/25/14 | M | D | |
| 354. - Chesapeak Granite Wash TR | | | | | Sold (part) | 03/03/14 | M | B | |
| 355. | | | | | Sold (part) | 03/03/14 | M | D | |
| 356. | | | | | Sold (part) | 03/03/14 | L | D | |
| 357. | | | | | Buy (add'l) | 03/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 359. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 360. | | | | | Sold (part) | 04/22/14 | M | D | |
| 361. | | | | | Sold (part) | 05/16/14 | M | C | |
| 362. | | | | | Sold (part) | 05/16/14 | L | A | |
| 363. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 364. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 365. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 366. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 367. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 368. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 369. | | | | | Sold (part) | 08/27/14 | M | D | |
| 370. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 371. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 372. | | | | | Sold (part) | 11/21/14 | L | A | |
| 373. | | | | | Sold (part) | 11/21/14 | J | A | |
| 374. -General Electric Company | | | | | Buy | 02/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 376. | | | | | Sold (part) | 07/23/14 | M | B | |
| 377. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 378. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 379. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 380. -CM FIN Incorporated | | | | | Buy | 02/11/14 | J | | |
| 381. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 382. | | | | | Sold (part) | 08/05/14 | K | A | |
| 383. | | | | | Sold | 08/13/14 | L | A | |
| 384. -AT&T Incorporated | | | | | Buy | 03/14/14 | J | | |
| 385. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 386. | | | | | Sold (part) | 03/26/14 | M | D | |
| 387. | | | | | Sold | 03/26/14 | M | D | |
| 388. -Goodrich Petroleum Coporation | | | | | Buy | 03/26/14 | J | | |
| 389. | | | | | Sold | 04/14/14 | M | E | |
| 390. -Realty Income Corporation | | | | | Buy | 04/01/14 | J | | |
| 391. | | | | | Buy (add'l) | 04/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 393. | | | | | Sold (part) | 05/19/14 | L | D | |
| 394. | | | | | Sold (part) | 05/19/14 | L | C | |
| 395. | | | | | Sold | 05/19/14 | M | B | |
| 396. -Carrols Restaurant Group Incorporated | | | | | Buy | 05/06/14 | J | | |
| 397. | | | | | Sold | 07/17/14 | M | D | |
| 398. -Linnco LLC ComSHS LTD Int | | | | | Buy | 05/07/14 | J | | |
| 399. | | | | | Sold (part) | 07/07/14 | M | D | |
| 400. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 401. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 402. | | | | | Sold (part) | 07/07/14 | M | D | |
| 403. -Stonemor Partners LP Com | | | | | Buy | 06/03/14 | J | | |
| 404. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 405. | | | | | Sold (part) | 08/20/14 | M | C | |
| 406. | | | | | Sold | 08/20/14 | M | A | |
| 407. -Knot Offshore Partners LP COM | | | | | Buy | 06/27/14 | J | | |
| 408. | | | | | Buy (add'l) | 06/30/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 28 of 39

**Name of Person Reporting**

CRISTOL, A. J.

**Date of Report**

08/10/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold (part) | 08/25/14 | J | | |
| 410. | | | | | Sold | 08/25/14 | J | | |
| 411.  -Newmont Mining Corporation | | | | | Buy | 07/11/14 | J | | |
| 412. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 413. | | | | | Sold (part) | 08/19/14 | M | D | |
| 414. | | | | | Sold | 08/19/14 | M | B | |
| 415.  -Catchmark Timber TR Incorporated | | | | | Buy | 07/16/14 | J | | |
| 416. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 417. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 418.  -Amazon Com Incorporated | | | | | Buy | 08/01/14 | J | | |
| 419. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 420. | | | | | Sold (part) | 08/21/14 | M | C | |
| 421. | | | | | Sold (part) | 08/21/14 | L | C | |
| 422. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 423.  -Time Warner Incorporated Com | | | | | Buy | 08/11/14 | J | | |
| 424. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 425. | | | | | Buy (add'l) | 08/18/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold (part) | 08/26/14 | M | C | |
| 427. | | | | | Sold (part) | 08/26/14 | L | C | |
| 428. | | | | | Sold | 08/26/14 | M | C | |
| 429. -Bristol Myers Squibb Company | | | | | Buy | 09/04/14 | J | | |
| 430. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 431. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 432. | | | | | Sold (part) | 10/22/14 | N | C | |
| 433. | | | | | Sold (part) | 10/22/14 | M | B | |
| 434. | | | | | Sold | 10/22/14 | M | A | |
| 435. -Hi-Crush Partners LP Com | | | | | Buy | 09/05/14 | J | | |
| 436. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 437. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 438. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 439. -Memorial Prodtn Partners LP | | | | | Buy | 09/09/14 | J | | |
| 440. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 441. -BP PLC Sponsored ADR (United Kingdom) | | | | | Buy | 09/10/14 | L | | |
| 442. | | | | | Sold | 09/17/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -Lehigh Gas Partners LP | | | | | Buy | 09/19/14 | J | | |
| 444.  -CIT Group Incorporated Com | | | | | Buy | 09/19/14 | J | | |
| 445. | | | | | Sold | 09/23/14 | M | A | |
| 446.  -Fidus Invt Corporation | | | | | Buy | 10/03/14 | J | | |
| 447.  -Du Pont E I De Nemours Co | | | | | Buy | 10/21/14 | J | | |
| 448. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 449. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 450.  -LRR Energy Partners (X) | | | | | Sold (part) | 01/10/14 | K | A | |
| 451. | | | | | Sold (part) | 01/10/14 | M | B | |
| 452. | | | | | Sold | 01/10/14 | M | D | |
| 453.  -Angel Oak Multi-Strategy Inc Class Instl | | | | | Buy | 11/18/14 | L | | |
| 454. | | | | | Buy (add'l) | 12/01/14 | L | | |
| 455.  -RS Floating Rate Class Y | | | | | Buy | 11/18/14 | K | | |
| 456. | | | | | Buy (add'l) | 11/21/14 | K | | |
| 457. | | | | | Buy (add'l) | 12/02/14 | K | | |
| 458.  -Goldman Sachs Strategic Income | | | | | Buy | 11/18/14 | K | | |
| 459. | | | | | Buy (add'l) | 11/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 39

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/10/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460.  -UNTD Rentals Inc | | | | | Buy | 11/18/14 | J | | |
| 461.  -Florida ST Brd ED Lottery | | | | | Buy | 11/21/14 | M | | |
| 462.  -Perrigo CO PLC EUR | | | | | Buy | 12/12/14 | J | | |
| 463.  -Legg Mason BW Alternative | | | | | Buy | 12/18/14 | K | | |
| 464.  -Brookfield High Income FD ((X) | | | | | Sold (part) | 11/18/14 | J | A | |
| 465.  -UBS AB Trigger | | | | | Buy | 11/25/14 | K | | |
| 466.  -Zimmer (X) | | | | | Sold | 11/18/14 | J | A | |
| 467.  -Citigroup Inc Trigger | | | | | Buy | 12/26/14 | K | | |
| 468.  Raymond James Traditional (IRA)# 1 (X) | E | Int./Div. | J | T | | | | | |
| 469.  - Merck & Company | | | | | Sold | 01/29/14 | L | D | |
| 470. | | | | | Buy | 04/18/14 | L | | |
| 471. | | | | | Buy (add'l) | 06/10/14 | L | | |
| 472. | | | | | Sold (part) | 06/12/14 | L | D | |
| 473. | | | | | Sold (part) | 06/12/14 | L | B | |
| 474. | | | | | Sold | 06/12/14 | L | A | |
| 475.  - AFLAC INC PFD 5.5% | | | | | Sold | 04/01/14 | L | A | |
| 476.  - CISCO Systems Incorporated | | | | | Sold | 02/25/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - International Business Machine | | | | | Sold (part) | 04/11/14 | L | B | |
| 478. | | | | | Sold | 04/11/14 | K | B | |
| 479.  - Nuveen Real Estate Income FD | | | | | Sold | 04/04/14 | L | A | |
| 480.  - Israel State DEB Actual | | | | | Sold | 08/11/14 | K | A | |
| 481.  - AK Steel Hldg Corpration | | | | | Sold | 04/14/14 | J | A | |
| 482.  - VOC Energy TR TR | | | | | Sold (part) | 03/14/14 | J | A | |
| 483. | | | | | Sold (part) | 03/14/14 | J | A | |
| 484. | | | | | Sold (part) | 03/14/14 | J | A | |
| 485. | | | | | Sold (part) | 03/14/14 | J | A | |
| 486. | | | | | Sold (part) | 03/14/14 | J | A | |
| 487. | | | | | Sold (part) | 04/03/14 | J | A | |
| 488. | | | | | Sold | 04/03/14 | K | A | |
| 489.  - Seadrill Limited SHS | | | | | Sold | 02/25/14 | K | A | |
| 490. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 491. | | | | | Buy (add'l) | 04/23/14 | L | | |
| 492. | | | | | Sold (part) | 05/29/14 | L | D | |
| 493. | | | | | Buy (add'l) | 07/23/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 39

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/10/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 07/28/14 | M | | |
| 495.  - General Electric Company | | | | | Buy | 02/05/14 | L | | |
| 496. | | | | | Sold (part) | 04/17/14 | J | A | |
| 497. | | | | | Sold (part) | 04/17/14 | J | A | |
| 498. | | | | | Sold (part) | 04/17/14 | J | A | |
| 499. | | | | | Sold (part) | 04/17/14 | J | A | |
| 500. | | | | | Sold (part) | 04/17/14 | J | A | |
| 501. | | | | | Sold (part) | 04/17/14 | J | A | |
| 502. | | | | | Sold (part) | 04/17/14 | K | A | |
| 503. | | | | | Sold (part) | 07/23/14 | K | B | |
| 504. | | | | | Sold (part) | 07/23/14 | L | C | |
| 505. | | | | | Sold (part) | 07/23/14 | L | A | |
| 506. | | | | | Buy (add'l) | 10/14/14 | M | | |
| 507. | | | | | Buy (add'l) | 10/20/14 | K | | |
| 508. | | | | | Sold (part) | 11/03/14 | L | B | |
| 509.  - Ford Mtr Company Del Com | | | | | Buy (add'l) | 02/28/14 | K | | |
| 510. | | | | | Buy (add'l) | 04/09/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 39

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/10/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 02/25/14 | K | C | |
| 512. | | | | | Sold | 07/17/14 | L | C | |
| 513.   - Freeport -McMoran Incorporated CL B | | | | | Buy | 03/19/14 | K | | |
| 514. | | | | | Buy | 06/17/14 | J | | |
| 515. | | | | | Sold (part) | 07/07/14 | K | C | |
| 516. | | | | | Sold | 07/07/14 | J | B | |
| 517.   - Procter & Gamble Company | | | | | Buy | 04/04/14 | L | | |
| 518. | | | | | Buy (add'l) | 04/08/14 | K | | |
| 519. | | | | | Sold (part) | 06/18/14 | L | A | |
| 520. | | | | | Sold | 06/18/14 | K | A | |
| 521.   - AT&T Incorporated | | | | | Buy | 06/23/14 | M | | |
| 522. | | | | | Sold (part) | 10/22/14 | L | A | |
| 523. | | | | | Sold (part) | 10/29/14 | L | A | |
| 524. | | | | | Sold | 10/29/14 | J | A | |
| 525.   - Knot Offshore Partners LP com | | | | | Buy | 06/27/14 | K | | |
| 526. | | | | | Sold | 08/25/14 | K | A | |
| 527.   - Newmont Mining Corporation | | | | | Buy | 07/11/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 39

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/10/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 08/19/14 | M | D | |
| 529. - McDonalds Corporation | | | | | Buy | 08/18/14 | K | | |
| 530. | | | | | Buy (add'l) | 08/22/14 | M | | |
| 531. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 532. | | | | | Sold (part) | 10/08/14 | L | A | |
| 533. | | | | | Sold (part) | 10/13/14 | K | A | |
| 534. | | | | | Sold (part) | 10/13/14 | K | A | |
| 535. | | | | | Sold | 10/13/14 | K | A | |
| 536. - Du Pont E I NeMours & Company | | | | | Buy | 10/27/14 | M | | |
| 537. UBS Traditional (IRA) #2 | A | Dividend | N | T | | | | | |
| 538. - Seadrill LTD US Line | | | | | Buy | 01/09/14 | M | | |
| 539. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 540. | | | | | Buy (add'l) | 07/18/14 | L | | |
| 541. | | | | | Buy (add'l) | 07/23/14 | M | | |
| 542. - Genl Electric Co | | | | | Buy | 10/08/14 | K | | |
| 543. | | | | | Buy (add'l) | 10/15/14 | K | | |
| 544. | | | | | Sold (part) | 11/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 11/19/14 | J | A | |
| 546.  - Du Pont De Nemours | | | | | Buy | 10/22/14 | J | | |
| 547. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 548. | | | | | Buy (add'l) | 10/29/14 | L | | |
| 549. | | | | | Sold (part) | 11/18/14 | K | A | |
| 550. | | | | | Sold (part) | 11/21/14 | J | C | |
| 551. | | | | | Sold (part) | 11/26/14 | J | C | |
| 552.  - Angel Oak Multi-Strategy | | | | | Buy | 11/18/14 | J | | |
| 553. | | | | | Buy (add'l) | 11/21/14 | K | | |
| 554. | | | | | Sold (part) | 11/26/14 | J | A | |
| 555.  - Goldman Sachs Strategic Inc CL I | | | | | Buy | 11/18/14 | J | | |
| 556. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 557.  - Legg Mason BW Alternative Alternative Credit FD CL I | | | | | Buy | 11/18/14 | J | | |
| 558. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 559. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 560.  - Lord Abbett Floating Rate FD CL F | | | | | Buy | 11/18/14 | J | | |
| 561. | | | | | Buy (add'l) | 11/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - RS Floating Rate Class Y | | | | | Buy | 11/18/14 | J | | |
| 563. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 564.  - Sentinel Total Rtn Bnd I | | | | | Buy | 11/18/14 | J | | |
| 565. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 566.  - Euro Disneyland SCA (X) | | | | | Sold | 11/18/14 | J | A | |
| 567.  UBS Traditional (IRA) #3 (X) | A | Int./Div. | J | T | | | | | |
| 568.  - UBS AG Trigger PS SX5E (X) | | | | | Buy | 11/25/14 | J | | |
| 569.  -Citigroup Inc. Trigger PS SX5E (X) | | | | | Buy | 12/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1

Line #538 UBS Traditional (IRA) #1 Assets inadvertently omitted from the 2013 filing corrected now in 2014. Subsequently assets have been transferred to (IRA) #2 and (IRA) #3 and this account was closed November 2014.

Note 2
Line #574 UBS Traditional (IRA) #2 is new to the Financial Disclosure Report. Assets transferred in from (IRA) #1 (Note 1)

Note 3
Line #604 UBS Traditional (IRA) #3 is new to the Financial Disclosure Report. Assets transferred in from (IRA) #1 (Note 1)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544